IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JIMMY JOE GAPPA,<br><br>    Defendant. | 8:25CR240<br><br>INDICTMENT<br><br>18 U.S.C. § 751(a) |

The Grand Jury charges that

<u>COUNT I</u>

On or about November 22, 2025, in the District of Nebraska, JIMMY JOE GAPPA, defendant herein, did knowingly escape from the custody of Dismas Charities, a Residential Reentry Center and an institutional facility, in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Southern District of Iowa entered upon the December 17, 2024, revocation of supervised release in District Court Case 1-19-CR00040-001.

In violation of Title 18, United States Code, Section 751(a).

                                A TRUE BILL.


                                _____
                                FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

LESLEY A. WOODS
UNITED STATES ATTORNEY

By: *[signature]*
SARAH A. HINRICHS, #24335
Assistant U.S. Attorney