IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br> v.<br><br>JIMMY JOE GAPPA,<br><br><br>     Defendant. | **8:25CR240**<br><br>**ORDER** |

This matter is before the Court on Defendant's Motion to Continue Trial (Filing No. 22). Counsel needs sentencing records from out-of-state to calculate the USSG.  For good cause shown,

IT IS ORDERED that the Defendant's Motion to Continue Trial (Filing No. 22) is granted as follows:

1. The jury trial now set for June 8, 2026, is continued to **August 31, 2026.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 31, 2026,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated the 8th day of May 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge